UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON INTERNATIONAL INSURANCE CO.,<br><br>Defendant. | Court No. 09-00459 |

**COMPLAINT**

The United States, through its undersigned attorneys, brings this action against Washington International Insurance Co. ("Washington"), and alleges the following:

1. This action is brought by the United States on behalf of the Department of Homeland Security, United States Customs and Border Protection ("CBP"), to recover, under continuous entry bonds, unpaid Customs duties in the amount of $142,245.00, pursuant to 19 U.S.C. § 1592(d), plus statutorily required interest pursuant to 19 U.S.C. § 580.

2. This court possesses exclusive jurisdiction to entertain this matter pursuant to 28 U.S.C. § 1582.

3. This action is timely pursuant to 19 U.S.C. § 1621, because all subject entries were made on or after November 1, 2004, which is within five years of the date of filing of this complaint.

4. Upon information and belief, defendant Washington, a corporation doing business at 1200 Arlington Heights Road, Suite 400, Itasca, IL 60143, was authorized at all times relevant to this complaint, to underwrite surety bonds.

5. Washington has responded to correspondence that has been sent to its attention care of Roanoke Trade Services, Claims – Customs Bonds, 1475 E. Woodfield Road, Suite 500, Schaumberg, IL 60173.

6. On or about November 18, 1987, J&B Trading Company ("J&B") as principal, and Washington, as surety, executed bond number 108737381, a Continuous Basic Importation and Entry Bond, in the amount of $50,000.00 ("the bond"), as evidenced by Exhibit A attached hereto and incorporated by reference. The bond remained in force at all times relevant to this complaint.

7. Under the terms of the bond, Washington agreed with J&B to jointly and severally guarantee payment of all duties, taxes and charges, not in excess of $50,000 per bond year, due as a result of the entry of merchandise into the United States during the time period covered by the bond.

8. From November 1, 2004, through October 30, 2006, J&B imported video cameras into the United States under cover of approximately 307 entries, identified on Exhibit B attached hereto and incorporated by reference. Washington was the surety for all of these entries.

9. The video cameras subject to this complaint were classifiable under subheading 8525.40.8050 of the Harmonized Tariff Schedule of the United States ("HTSUS"), as "Camcorders, not 8MM," with an ad valorem duty rate of 2.1%.

10. The subject video cameras were entered or introduced, or caused to be entered or introduced into the United States, by means of material false statements, acts and omissions in violation of 19 U.S.C. § 1592(a), in that the merchandise on the entries were misclassified as duty free under subheading 8525.40.4000 HTSUS, as "digital still image video cameras."

11. The false statements and/or omissions referred to in paragraph 11 were material because they had the potential to affect, among other things, determinations made by CBP concerning the classification of the merchandise and liability for duties.

12. Furthermore, J&B did not exercise reasonable care in filing the entries at issue, and thus, was in violation of 19 U.S.C. § 1592(a). Specifically, in 1995, and again in September 2004, CBP notified J&B that it had misclassified entries of video cameras and informed J&B of the proper classification. In February 2005, CBP rate advanced four entries containing video cameras to reflect a duty rate of 2.1%. J&B paid all additional duties due at that time, but thereafter continued to misclassify video cameras in the subject entries as duty free in contravention of CBP's direction.

13. As a result of the violations described in paragraphs 8 through 12 above, the United States was deprived of lawful duties, taxes and fees in the amount of $142,245.00, all of which remains unpaid.

**COUNT I**

14. The allegations contained in paragraphs 1 through 13 above are restated and incorporated by reference.

15. Because J&B violated 19 U.S.C. § 1592(a), pursuant to 19 U.S.C. § 1592(d), defendant Washington is liable for payment of $142,245.00, representing the portion of unpaid duties for the entries dated from November 1, 2004, through October 30, 2006.

16. On or about May 21, 2009, the United States demanded payment of these duties from Washington, but Washington has failed to pay any part of this sum.

**COUNT II**

18. The allegations contained in paragraphs 1 through 16 above are restated and incorporated by reference.

19. Defendant is liable for statutory interest running from the date of demand pursuant to 19 U.S.C. § 580.

WHEREFORE, the United States respectfully requests that the Court enter judgment against Washington in the amount of $142,245.00, plus statutory interest pursuant to 19 U.S.C. § 580, plus attorney fees, and such other and further relief as may be just and appropriate.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JEANNE E. DAVIDSON
Director

Patricia M. McCarthy / by [illegible]
PATRICIA M. McCARTHY
Assistant Director
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 307-0164
Fax: (202) 514-7969

Attorneys for Plaintiff

OF COUNSEL:

Mary McGarvey-DePuy
Office of the Associate Chief Counsel
U.S. Customs and Border Protection
One Penn Plaza, 11th Floor
New York, NY 10119

October 28, 2009

BNDS

ACS BOND QUERY 05/11/09

```
BOND NUMBER: 108737381        STATUS: TERMINATED        EXECUTION DATE: 11/18/87
IMPORTER NO     : [redacted] TYPE: CO-PRIN
IMPORTER NAME   : J&B TRADING CO.,INC.
D/P WHERE FILED: 1001     INPUT D/P: 1001             EFFECTIVE DATE : 11/23/87
ACTIVITY CODE   : 1     IMPORT-BRKER
LIMIT OF LIABIL:        50,000                        TERMINATION DTE: 01/28/08
SURETY1         : WASHINGTON INTERNATIONAL INS CO  NO: 891 LIMIT:        50000

AGENT1          : 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                         LAST RIDER DATE: 02/08/06
                                                      LAST CHANG DATE: 01/03/08
                                                     DOC AT NFC (Y/N/I): N
IMPORTER ADDR   : 3915 14TH AVE

                  BROOKLYN              NY    11218    3619
BOND IS SUFFICIENT (Y/N): Y  EFFEC DATE:          EXPIRE DATE:

PF1-NEXT IMPORTER THIS BND   PF4-IMPORTER DETAIL QUERY    PF7-BOND LIAB QUERY
PF2-NEXT BND THIS IMPORTER   PF5-IMPORTER LOCATE
PF3-BOND LOCATE BY BOND      PF6-BND LOCATE BY IMPORTER
```

EXHIBIT A

ACTIVE RECORD

DETAIL IMPORTER QUERY 05/11/09

IMPORTER NBR: [redacted] ENCR NBR: [redacted]

CORPORATION

Name: J&B TRADING CO.,INC.

Mailing Address: 3915 14TH AVE
BROOKLYN NY 112183619

Address Validity Code: 1
Code-1 Standardized

Second Address:

Importer Record Added at RDP 24701 on 10/21/87 by CNVRT
Importer Record Changed at RDP 21001 on 02/08/06 by 13940
Number of Updates: 3 Last Activity: 04/30/09

POST ON BULLETIN: Y

PF: 1=SCREEN HELP; 2=FIELD HELP; 3=SREL; 4=OTHER OPTIONS; 5=BNDL;
6=DKIL; 8=NEXT REC; 9=AUDIT REC;



| ENTRY NBR | LINE NBR | HSUSA | CONSIGNEE | ENTRY DATE | VALUE | CTRY ORIGIN | PORT ENT | |
|---|---|---|---|---|---|---|---|---|
| Liquidated J&B Trading entries, HTSUS 8525.40.4000 (6/2/2004 - 12/30/2004): | | | | | | | | |
| ARE40668704 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/1/2004 | 29225 | JP | 4701 | |
| ARE40669926 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/4/2004 | 20430 | JP | 4701 | |
| ARE40670262 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/8/2004 | 38184 | JP | 4701 | |
| ARE40670254 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/8/2004 | 33000 | JP | 4701 | |
| ARE40671393 | 2 | 8525404000 | J&B TRADING CO.,INC. | 11/10/2004 | 82500 | JP | 4701 | |
| ARE40669900 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/12/2004 | 26200 | HK | 4701 | |
| ARE40672623 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/15/2004 | 55750 | JP | 4701 | |
| ARE40672631 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/15/2004 | 50485 | JP | 4701 | |
| ARE40673498 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/18/2004 | 28165 | JP | 4701 | |
| ARE40673779 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/19/2004 | 85850 | JP | 4701 | |
| ARE40673506 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/19/2004 | 60490 | JP | 4701 | |
| ARE40674777 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/24/2004 | 27500 | JP | 4701 | |
| ARE40675881 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/29/2004 | 100975 | JP | 4701 | |
| ARE40675618 | 2 | 8525404000 | J&B TRADING CO.,INC. | 11/29/2004 | 38020 | JP | 4701 | |
| ARE40675477 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/29/2004 | 28900 | JP | 4701 | |
| ARE40675501 | 2 | 8525404000 | J&B TRADING CO.,INC. | 11/29/2004 | 11240 | JP | 4701 | |
| ARE40676566 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/3/2004 | 52420 | JP | 4701 | |
| ARE40676731 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/3/2004 | 14300 | JP | 4701 | |
| ARE40677010 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/6/2004 | 80800 | JP | 4701 | |
| ARE40677853 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/7/2004 | 73200 | JP | 4701 | |
| ARE40677945 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/7/2004 | 39732 | JP | 4701 | |
| ARE40678562 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/10/2004 | 78100 | JP | 4701 | |
| ARE40678828 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/10/2004 | 42815 | JP | 4701 | |
| ARE40678505 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/10/2004 | 10185 | JP | 4701 | |
| ARE40679008 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/13/2004 | 87690 | JP | 4701 | |
| ARE40679016 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/13/2004 | 49900 | JP | 4701 | |
| ARE40679719 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/15/2004 | 52730 | JP | 4701 | |
| ARE40680022 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/16/2004 | 102160 | JP | 4701 | |
| ARE40680246 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/16/2004 | 41900 | JP | 4701 | |
| ARE40680485 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/17/2004 | 50100 | JP | 4701 | |
| ARE40680261 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/20/2004 | 96710 | JP | 4701 | |
| ARE40680808 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/20/2004 | 13915 | HK | 4701 | |
| ARE40681285 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/21/2004 | 68400 | JP | 4701 | |
| ARE40681624 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/22/2004 | 35560 | JP | 4701 | |
| ARE40681442 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/23/2004 | 84850 | JP | 4701 | |
| ARE40682036 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/24/2004 | 47680 | JP | 4701 | |
| ARE40682374 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/27/2004 | 39770 | JP | 4701 | |
| ARE40683075 | 2 | 8525404000 | J&B TRADING CO.,INC. | 12/30/2004 | 63620 | JP | 4701 | |
| ARE40683257 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/30/2004 | 37725 | JP | 4701 | |
| ARE40683067 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/30/2004 | 30500 | JP | 4701 | |
| Total Value (J&B Trading entries, 8525.40.4000, filed 6/2/2004 - 12/30/2004) = | | | | | $2,011,676 | | | |
| | | | | | | | | |
| | | | | | | | | |
| Actual loss of revenue for suspected incorrect classification under 8525.40.4000 ($2,011,676 * 2.1%) = $42245 | | | | | | | | |

EXHIBIT B

| ENTRY NBR | LINE NBR | HSUSA | CONSIGNEE | ENTRY DATE | VALUE | CTRY ORIGIN | PORT ENT | |
|---|---|---|---|---|---|---|---|---|
| Liquidated J&B Trading entries, HTSUS 8525.40.4000 (01/01/2005 - 12/29/2005): | | | | | | | | |
| ARE40683273 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/1/2005 | 27630 | JP | 4701 | |
| ARE40683349 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/3/2005 | 52220 | JP | 4701 | |
| ARE40683331 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/3/2005 | 49440 | JP | 4701 | |
| ARE40683422 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/3/2005 | 27525 | JP | 4701 | |
| ARE40684537 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/6/2005 | 50225 | JP | 4701 | |
| ARE40684719 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/8/2005 | 87820 | JP | 4701 | |
| ARE40684594 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/8/2005 | 69200 | JP | 4701 | |
| ARE40684610 | 2 | 8525404000 | J&B TRADING CO.,INC. | 1/8/2005 | 13800 | JP | 4701 | |
| ARE40684925 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/10/2005 | 32120 | JP | 4701 | |
| ARE40685260 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/13/2005 | 63340 | JP | 4701 | |
| ARE40686110 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/14/2005 | 65850 | JP | 4701 | |
| ARE40686276 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/17/2005 | 52100 | JP | 4701 | |
| ARE40682101 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/20/2005 | 42660 | JP | 4701 | |
| ARE40687282 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/22/2005 | 16250 | JP | 4701 | |
| ARE40688322 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/26/2005 | 22750 | JP | 4701 | |
| ARE40688397 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/27/2005 | 56200 | JP | 4701 | |
| ARE40688405 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/27/2005 | 46660 | JP | 4701 | |
| ARE40688371 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/27/2005 | 24500 | JP | 4701 | |
| ARE40689114 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/31/2005 | 51746 | JP | 4701 | |
| ARE40689106 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/31/2005 | 43330 | JP | 4701 | |
| ARE40689098 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/31/2005 | 33550 | JP | 4701 | |
| ARE40690393 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/4/2005 | 56000 | JP | 4701 | |
| ARE40690377 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/5/2005 | 51750 | JP | 4701 | |
| ARE40690054 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/7/2005 | 47841 | JP | 4701 | |
| ARE40690641 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/7/2005 | 6400 | JP | 4701 | |
| ARE40690641 | 3 | 8525404000 | J&B TRADING CO.,INC. | 2/7/2005 | 600 | JP | 4701 | |
| ARE40691136 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/8/2005 | 62750 | JP | 4701 | |
| ARE40692159 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/14/2005 | 31450 | JP | 4701 | |
| ARE40692654 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/15/2005 | 45200 | JP | 4701 | |
| ARE40692449 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/17/2005 | 40605 | JP | 4701 | |
| ARE40693587 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/20/2005 | 91850 | JP | 4701 | |
| ARE40693322 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/20/2005 | 63185 | JP | 4701 | |
| ARE40693728 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/22/2005 | 43520 | JP | 4701 | |
| ARE40693884 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/24/2005 | 46825 | JP | 4701 | |
| ARE40694544 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/25/2005 | 37494 | JP | 4701 | |
| ARE40694569 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/25/2005 | 32310 | JP | 4701 | |
| ARE40695590 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/2/2005 | 95815 | JP | 4701 | |
| ARE40695210 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/3/2005 | 79325 | JP | 4701 | |
| ARE40696309 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/4/2005 | 57650 | JP | 4701 | |
| ARE40696390 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/5/2005 | 44435 | JP | 4701 | |
| ARE40696655 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/7/2005 | 59985 | JP | 4701 | |
| ARE40697448 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/10/2005 | 35145 | JP | 4701 | |
| ARE40697455 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/10/2005 | 34640 | JP | 4701 | |
| ARE40698008 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/14/2005 | 33074 | JP | 4701 | |

| ENTRY NBR | LINE NBR | HSUSA | CONSIGNEE | ENTRY DATE | VALUE | CTRY ORIGIN | PORT ENT | |
|---|---|---|---|---|---|---|---|---|
| Liquidated J&B Trading entries, HTSUS 8525.40.4000 (01/01/2005 - 12/29/2005): | | | | | | | | |
| ARE40697646 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/14/2005 | 18250 | JP | 4701 | |
| ARE40697992 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/15/2005 | 24024 | JP | 4701 | |
| ARE40698776 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/16/2005 | 41750 | JP | 4701 | |
| ARE40698792 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/16/2005 | 20190 | JP | 4701 | |
| ARE40699675 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/21/2005 | 66400 | JP | 4701 | |
| ARE40699816 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/21/2005 | 47065 | JP | 4701 | |
| ARE40700838 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/23/2005 | 111200 | JP | 4701 | |
| ARE40701315 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/28/2005 | 45082 | JP | 4701 | |
| ARE40701505 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/28/2005 | 33800 | JP | 4701 | |
| ARE40702198 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/30/2005 | 39200 | JP | 4701 | |
| ARE40702230 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/31/2005 | 43455 | JP | 4701 | |
| ARE40702529 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/31/2005 | 37100 | JP | 4701 | |
| ARE40702750 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/4/2005 | 47310 | JP | 2809 | |
| ARE40703170 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/6/2005 | 24570 | JP | 4701 | |
| ARE40704111 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/8/2005 | 33850 | JP | 4701 | |
| ARE40704103 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/9/2005 | 53700 | JP | 4701 | |
| ARE40704434 | 2 | 8525404000 | J&B TRADING CO.,INC. | 4/11/2005 | 76250 | JP | 4701 | |
| ARE40704939 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/12/2005 | 41500 | JP | 4701 | |
| ARE40704988 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/13/2005 | 31800 | JP | 4701 | |
| ARE40706546 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/18/2005 | 27990 | JP | 4701 | |
| ARE40706553 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/18/2005 | 26400 | JP | 4701 | |
| ARE40705795 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/18/2005 | 21140 | JP | 4701 | |
| ARE40706512 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/18/2005 | 13600 | JP | 4701 | |
| ARE40706264 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/19/2005 | 6580 | JP | 4701 | |
| ARE40706702 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/21/2005 | 38324 | JP | 4701 | |
| ARE40708039 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/21/2005 | 36800 | JP | 4701 | |
| ARE40708203 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/26/2005 | 84750 | JP | 4701 | |
| ARE40708443 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/26/2005 | 58100 | JP | 4701 | |
| ARE40708773 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/27/2005 | 22950 | JP | 4701 | |
| ARE40709094 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/28/2005 | 42900 | JP | 4701 | |
| ARE40709359 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/2/2005 | 50000 | JP | 4701 | |
| ARE40709458 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/2/2005 | 16250 | JP | 4701 | |
| ARE40709326 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/2/2005 | 12294 | JP | 4701 | |
| ARE40710472 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/5/2005 | 49750 | JP | 4701 | |
| ARE40710928 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/6/2005 | 65400 | JP | 4701 | |
| ARE40712106 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/12/2005 | 36800 | JP | 4701 | |
| ARE40711983 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/13/2005 | 45900 | JP | 4701 | |
| ARE40712429 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/16/2005 | 16900 | JP | 4701 | |
| ARE40713708 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/18/2005 | 48558 | JP | 4701 | |
| ARE40713955 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/20/2005 | 40900 | JP | 4701 | |
| ARE40714391 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/23/2005 | 47710 | JP | 4701 | |
| ARE40715778 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/30/2005 | 46250 | JP | 4701 | |
| ARE40716412 | 1 | 8525404000 | J&B TRADING CO.,INC. | 6/1/2005 | 34850 | JP | 4701 | |
| ARE40717618 | 1 | 8525404000 | J&B TRADING CO.,INC. | 6/6/2005 | 27850 | JP | 4701 | |

| ENTRY NBR | LINE NBR | HSUSA | CONSIGNEE | ENTRY DATE | VALUE | CTRY ORIGIN | PORT ENT | |
|---|---|---|---|---|---|---|---|---|
| Liquidated J&B Trading entries, HTSUS 8525.40.4000 (01/01/2005 - 12/29/2005): | | | | | | | | |
| ARE40717956 | 1 | 8525404000 | J&B TRADING CO.,INC. | 6/7/2005 | 43700 | JP | 4701 | |
| ARE40719168 | 1 | 8525404000 | J&B TRADING CO.,INC. | 6/15/2005 | 54639 | JP | 4701 | |
| ARE40719119 | 1 | 8525404000 | J&B TRADING CO.,INC. | 6/15/2005 | 18950 | JP | 4701 | |
| ARE40719176 | 2 | 8525404000 | J&B TRADING CO.,INC. | 6/15/2005 | 7536 | JP | 4701 | |
| ARE40720562 | 2 | 8525404000 | J&B TRADING CO.,INC. | 6/21/2005 | 69890 | JP | 4701 | |
| ARE40720554 | 1 | 8525404000 | J&B TRADING CO.,INC. | 6/21/2005 | 57950 | JP | 4701 | |
| ARE40721172 | 1 | 8525404000 | J&B TRADING CO.,INC. | 6/22/2005 | 33385 | JP | 4701 | |
| ARE40721222 | 1 | 8525404000 | J&B TRADING CO.,INC. | 6/23/2005 | 39000 | JP | 4701 | |
| ARE40721743 | 1 | 8525404000 | J&B TRADING CO.,INC. | 6/26/2005 | 46700 | JP | 4701 | |
| ARE40723145 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/1/2005 | 61250 | JP | 4701 | |
| ARE40722642 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/1/2005 | 47000 | JP | 4701 | |
| ARE40722683 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/3/2005 | 35260 | JP | 4701 | |
| ARE40724333 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/7/2005 | 38729 | JP | 4701 | |
| ARE40724796 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/11/2005 | 22268 | JP | 4701 | |
| ARE40725033 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/13/2005 | 48230 | JP | 4701 | |
| ARE40725934 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/13/2005 | 31148 | JP | 4701 | |
| ARE40725454 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/15/2005 | 73285 | JP | 4701 | |
| ARE40726635 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/18/2005 | 22084 | JP | 4701 | |
| ARE40726866 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/20/2005 | 34210 | JP | 4701 | |
| ARE40727435 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/22/2005 | 51160 | JP | 4701 | |
| ARE40727997 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/25/2005 | 46950 | JP | 4701 | |
| ARE40728540 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/25/2005 | 44779 | JP | 4701 | |
| ARE40728730 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/26/2005 | 23690 | JP | 4701 | |
| ARE40729449 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/29/2005 | 30308 | JP | 4701 | |
| ARE40729761 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/1/2005 | 66320 | JP | 4701 | |
| ARE40730991 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/4/2005 | 114060 | JP | 4701 | |
| ARE40731775 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/8/2005 | 27660 | JP | 4701 | |
| ARE40733599 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/15/2005 | 8384 | JP | 4701 | |
| ARE40734605 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/17/2005 | 41200 | JP | 4701 | |
| ARE40734738 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/18/2005 | 90110 | JP | 4701 | |
| ARE40734712 | 2 | 8525404000 | J&B TRADING CO.,INC. | 8/18/2005 | 12624 | JP | 4701 | |
| ARE40736527 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/24/2005 | 36000 | JP | 4701 | |
| ARE40737293 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/29/2005 | 47380 | JP | 4701 | |
| ARE40737285 | 2 | 8525404000 | J&B TRADING CO.,INC. | 8/29/2005 | 17340 | JP | 4701 | |
| ARE40738291 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/31/2005 | 58060 | JP | 4701 | |
| ARE40738077 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/31/2005 | 25560 | JP | 4701 | |
| ARE40738804 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/1/2005 | 48445 | JP | 4701 | |
| ARE40739125 | 2 | 8525404000 | J&B TRADING CO.,INC. | 9/5/2005 | 30824 | JP | 4701 | |
| ARE40740511 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/8/2005 | 21500 | JP | 4701 | |
| ARE40742061 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/14/2005 | 53360 | JP | 4701 | |
| ARE40742350 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/19/2005 | 72060 | JP | 4701 | |
| ARE40743523 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/19/2005 | 71000 | JP | 4701 | |
| ARE40742731 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/19/2005 | 70300 | JP | 4701 | |
| ARE40743242 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/19/2005 | 55595 | JP | 4701 | |

| ENTRY NBR | LINE NBR | HSUSA | CONSIGNEE | ENTRY DATE | VALUE | CTRY ORIGIN | PORT ENT | |
|---|---|---|---|---|---|---|---|---|
| Liquidated J&B Trading entries, HTSUS 8525.40.4000 (01/01/2005 - 12/29/2005): | | | | | | | | |
| ARE40743036 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/19/2005 | 55000 | JP | 4701 | |
| ARE40743069 | 2 | 8525404000 | J&B TRADING CO.,INC. | 9/19/2005 | 10744 | JP | 4701 | |
| ARE40744588 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/22/2005 | 53246 | JP | 4701 | |
| ARE40745130 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/25/2005 | 35010 | JP | 4701 | |
| ARE40744745 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/26/2005 | 47603 | JP | 4701 | |
| ARE40745502 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/27/2005 | 52224 | JP | 4701 | |
| ARE40746088 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/28/2005 | 51495 | JP | 4701 | |
| ARE40746237 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/29/2005 | 42200 | JP | 4701 | |
| ARE40747185 | 1 | 8525404000 | J&B TRADING CO.,INC. | 10/3/2005 | 93700 | JP | 4701 | |
| ARE40747169 | 2 | 8525404000 | J&B TRADING CO.,INC. | 10/3/2005 | 47050 | JP | 4701 | |
| ARE40747763 | 1 | 8525404000 | J&B TRADING CO.,INC. | 10/3/2005 | 35160 | JP | 4701 | |
| ARE40747201 | 1 | 8525404000 | J&B TRADING CO.,INC. | 10/6/2005 | 21020 | JP | 4701 | |
| ARE40749777 | 1 | 8525404000 | J&B TRADING CO.,INC. | 10/12/2005 | 19962 | JP | 4701 | |
| ARE40750221 | 1 | 8525404000 | J&B TRADING CO.,INC. | 10/14/2005 | 39200 | JP | 4701 | |
| ARE40751039 | 1 | 8525404000 | J&B TRADING CO.,INC. | 10/19/2005 | 36250 | JP | 4701 | |
| ARE40753324 | 1 | 8525404000 | J&B TRADING CO.,INC. | 10/27/2005 | 25838 | JP | 4701 | |
| ARE40754199 | 1 | 8525404000 | J&B TRADING CO.,INC. | 10/31/2005 | 40933 | JP | 4701 | |
| ARE40755402 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/3/2005 | 30760 | JP | 4701 | |
| ARE40755675 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/4/2005 | 75835 | JP | 4701 | |
| ARE40755980 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/7/2005 | 54385 | JP | 4701 | |
| ARE40756137 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/8/2005 | 63270 | JP | 4701 | |
| ARE40757143 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/14/2005 | 88000 | JP | 4701 | |
| ARE40758513 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/16/2005 | 14280 | JP | 4701 | |
| ARE40758521 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/16/2005 | 13008 | JP | 4701 | |
| ARE40759289 | 2 | 8525404000 | J&B TRADING CO.,INC. | 11/18/2005 | 11600 | JP | 4701 | |
| ARE40759669 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/21/2005 | 43575 | JP | 4701 | |
| ARE40760147 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/22/2005 | 57430 | JP | 4701 | |
| ARE40760865 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/25/2005 | 40500 | JP | 4701 | |
| ARE40761087 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/26/2005 | 48675 | JP | 4701 | |
| ARE40761145 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/28/2005 | 58250 | JP | 4701 | |
| ARE40761103 | 2 | 8525404000 | J&B TRADING CO.,INC. | 11/28/2005 | 24102 | JP | 4701 | |
| ARE40761137 | 2 | 8525404000 | J&B TRADING CO.,INC. | 11/28/2005 | 22720 | JP | 4701 | |
| ARE40761806 | 1 | 8525404000 | J&B TRADING CO.,INC. | 11/30/2005 | 18750 | JP | 4701 | |
| ARE40761780 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/1/2005 | 36187 | JP | 4701 | |
| ARE40762242 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/1/2005 | 29935 | JP | 4701 | |
| ARE40763141 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/5/2005 | 16366 | JP | 4701 | |
| ARE40764321 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/9/2005 | 110930 | JP | 4701 | |
| ARE40765112 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/12/2005 | 42004 | JP | 4701 | |
| ARE40765690 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/15/2005 | 93410 | JP | 4701 | |
| ARE40765039 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/15/2005 | 9960 | JP | 4701 | |
| ARE40765443 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/16/2005 | 35087 | JP | 4701 | |
| ARE40766409 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/19/2005 | 20039 | JP | 4701 | |
| ARE40766870 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/21/2005 | 52140 | JP | 4701 | |
| ARE40767902 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/27/2005 | 125100 | JP | 4701 | |

| ENTRY NBR | LINE NBR | HSUSA | CONSIGNEE | ENTRY DATE | VALUE | CTRY ORIGIN | PORT ENT | |
|---|---|---|---|---|---|---|---|---|
| Liquidated J&B Trading entries, HTSUS 8525.40.4000 (01/01/2005 - 12/29/2005): | | | | | | | | |
| ARE40767746 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/27/2005 | 18000 | JP | 4701 | |
| ARE40768140 | 1 | 8525404000 | J&B TRADING CO.,INC. | 12/29/2005 | 32318 | JP | 4701 | |
| Total Value (J&B Trading entries, 8525.40.4000, filed 01/01/2005 - 12/29/2005) = | | | | | $7,725,341 | | | |
| | | | | | | | | |
| | | | | | | | | |
| Actual loss of revenue for suspected incorrect classification under 8525.40.4000 ($7,725,341 * 2.1%) = $162,232 | | | | | | | | |

| ENTRY NBR | LINE NBR | HSUSA | CONSIGNEE | ENTRY DATE | VALUE | CTRY ORIGIN | PORT ENT | |
|---|---|---|---|---|---|---|---|---|
| Liquidated J&B Trading entries, HTSUS 8525.40.4000 (01/03/2006 - 10/30/2006): | | | | | | | | |
| ARE40769155 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/3/2006 | 28046 | JP | 4701 | |
| ARE40770187 | 2 | 8525404000 | J&B TRADING CO.,INC. | 1/9/2006 | 16805 | JP | 4701 | |
| ARE40770534 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/10/2006 | 62575 | JP | 4701 | |
| ARE40771763 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/16/2006 | 64850 | JP | 4701 | |
| ARE40772274 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/19/2006 | 32500 | JP | 4701 | |
| ARE40772977 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/23/2006 | 38930 | JP | 4701 | |
| ARE40772969 | 2 | 8525404000 | J&B TRADING CO.,INC. | 1/23/2006 | 30247 | JP | 4701 | |
| ARE40773165 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/24/2006 | 33200 | JP | 4701 | |
| ARE40773553 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/27/2006 | 109600 | JP | 4701 | |
| ARE40774296 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/30/2006 | 43611 | JP | 4701 | |
| ARE40774460 | 1 | 8525404000 | J&B TRADING CO.,INC. | 1/30/2006 | 18850 | JP | 4701 | |
| ARE40774122 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/2/2006 | 29500 | JP | 4701 | |
| ARE40776341 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/10/2006 | 29500 | JP | 4701 | |
| ARE40777133 | 2 | 8525404000 | J&B TRADING CO.,INC. | 2/14/2006 | 17796 | JP | 4701 | |
| ARE40777422 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/17/2006 | 32507 | JP | 4701 | |
| ARE40777596 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/17/2006 | 25800 | JP | 4701 | |
| ARE40779634 | 1 | 8525404000 | J&B TRADING CO.,INC. | 2/27/2006 | 34150 | JP | 4701 | |
| ARE40779907 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/1/2006 | 99950 | JP | 4701 | |
| ARE40779170 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/1/2006 | 43140 | JP | 4701 | |
| ARE40781036 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/3/2006 | 60900 | JP | 4701 | |
| ARE40781218 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/6/2006 | 66640 | JP | 4701 | |
| ARE40780236 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/6/2006 | 35970 | HK | 4701 | |
| ARE40781762 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/8/2006 | 35000 | JP | 4701 | |
| ARE40781788 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/9/2006 | 29250 | JP | 4701 | |
| ARE40783818 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/16/2006 | 28980 | JP | 4701 | |
| ARE40784410 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/20/2006 | 47150 | JP | 4701 | |
| ARE40785953 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/27/2006 | 9787 | JP | 4701 | |
| ARE40786381 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/28/2006 | 12300 | JP | 4701 | |
| ARE40786530 | 3 | 8525404000 | J&B TRADING CO.,INC. | 3/29/2006 | 4920 | JP | 4701 | |
| ARE40787264 | 1 | 8525404000 | J&B TRADING CO.,INC. | 3/31/2006 | 57330 | JP | 4701 | |
| ARE40787512 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/3/2006 | 16045 | JP | 4701 | |
| ARE40788387 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/10/2006 | 66770 | JP | 4701 | |
| ARE40789005 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/10/2006 | 35500 | JP | 4701 | |
| ARE40788817 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/10/2006 | 9511 | JP | 4701 | |
| ARE40791134 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/21/2006 | 39230 | JP | 4701 | |
| ARE40791183 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/21/2006 | 26880 | JP | 4701 | |
| ARE40791100 | 3 | 8525404000 | J&B TRADING CO.,INC. | 4/21/2006 | 5500 | JP | 4701 | |
| ARE40791654 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/24/2006 | 31626 | JP | 4701 | |
| ARE40791993 | 1 | 8525404000 | J&B TRADING CO.,INC. | 4/25/2006 | 51680 | JP | 4701 | |
| ARE40793403 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/1/2006 | 118800 | JP | 4701 | |
| ARE40793395 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/1/2006 | 56283 | JP | 4701 | |
| ARE40794872 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/8/2006 | 20600 | JP | 4701 | |
| ARE40795549 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/11/2006 | 45900 | JP | 4701 | |
| ARE40796034 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/15/2006 | 24350 | JP | 4701 | |

| ENTRY NBR | LINENBR | HSUSA | CONSIGNEE | ENTRY DATE | VALUE | CTRY ORIGIN | PORT ENT | |
|---|---|---|---|---|---|---|---|---|
| Liquidated J&B Trading entries, HTSUS 8525.40.4000 (01/03/2006 - 10/30/2006): | | | | | | | | |
| ARE40796620 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/16/2006 | 19200 | JP | 4701 | |
| ARE40796836 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/17/2006 | 51947 | JP | 4701 | |
| ARE40796919 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/17/2006 | 34760 | JP | 4701 | |
| ARE40796810 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/18/2006 | 33540 | JP | 4701 | |
| ARE40797891 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/22/2006 | 66780 | JP | 4701 | |
| ARE40797875 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/22/2006 | 64160 | JP | 4701 | |
| ARE40798063 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/23/2006 | 17090 | JP | 4701 | |
| ARE40799178 | 1 | 8525404000 | J&B TRADING CO.,INC. | 5/30/2006 | 46200 | JP | 4701 | |
| ARE40799228 | 2 | 8525404000 | J&B TRADING CO.,INC. | 5/30/2006 | 15020 | JP | 4701 | |
| ARE40800422 | 1 | 8525404000 | J&B TRADING CO.,INC. | 6/5/2006 | 54510 | JP | 4701 | |
| ARE40801354 | 2 | 8525404000 | J&B TRADING CO.,INC. | 6/7/2006 | 74755 | JP | 4701 | |
| ARE40801644 | 1 | 8525404000 | J&B TRADING CO.,INC. | 6/8/2006 | 40650 | JP | 4701 | |
| ARE40801834 | 2 | 8525404000 | J&B TRADING CO.,INC. | 6/12/2006 | 8066 | JP | 4701 | |
| ARE40804382 | 1 | 8525404000 | J&B TRADING CO.,INC. | 6/21/2006 | 19240 | JP | 4701 | |
| ARE40804549 | 1 | 8525404000 | J&B TRADING CO.,INC. | 6/22/2006 | 59140 | JP | 4701 | |
| ARE40804960 | 1 | 8525404000 | J&B TRADING CO.,INC. | 6/27/2006 | 106800 | JP | 4701 | |
| ARE40806437 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/3/2006 | 63570 | JP | 4701 | |
| ARE40806791 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/5/2006 | 68140 | JP | 4701 | |
| ARE40808946 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/13/2006 | 67570 | JP | 4701 | |
| ARE40810058 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/19/2006 | 58146 | JP | 4701 | |
| ARE40811155 | 2 | 8525404000 | J&B TRADING CO.,INC. | 7/24/2006 | 20932 | JP | 4701 | |
| ARE40811510 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/27/2006 | 35105 | JP | 4701 | |
| ARE40812476 | 1 | 8525404000 | J&B TRADING CO.,INC. | 7/31/2006 | 100164 | JP | 4701 | |
| ARE40812997 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/1/2006 | 48300 | JP | 4701 | |
| ARE40813599 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/2/2006 | 71340 | JP | 4701 | |
| ARE40813748 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/2/2006 | 69950 | JP | 4701 | |
| ARE40814506 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/7/2006 | 54030 | JP | 4701 | |
| ARE40816584 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/14/2006 | 55581 | JP | 4701 | |
| ARE40816428 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/14/2006 | 54895 | JP | 4701 | |
| ARE40816170 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/14/2006 | 43070 | JP | 4701 | |
| ARE40819299 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/25/2006 | 59730 | JP | 4701 | |
| ARE40820180 | 1 | 8525404000 | J&B TRADING CO.,INC. | 8/29/2006 | 34760 | JP | 4701 | |
| ARE40821329 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/3/2006 | 51060 | JP | 4701 | |
| ARE40821345 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/5/2006 | 45534 | JP | 4701 | |
| ARE40822327 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/7/2006 | 59350 | JP | 4701 | |
| ARE40823614 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/11/2006 | 45950 | JP | 4701 | |
| ARE40824018 | 1 | 8525404000 | J&B TRADING CO.,INC. | 9/13/2006 | 18484 | JP | 4701 | |
| ARE40829884 | 1 | 8525404000 | J&B TRADING CO.,INC. | 10/3/2006 | 55800 | JP | 4701 | |
| ARE40830676 | 3 | 8525404000 | J&B TRADING CO.,INC. | 10/5/2006 | 13216 | JP | 4701 | |
| ARE40832714 | 1 | 8525404000 | J&B TRADING CO.,INC. | 10/13/2006 | 27585 | JP | 4701 | |
| ARE40834900 | 1 | 8525404000 | J&B TRADING CO.,INC. | 10/18/2006 | 37279 | JP | 4701 | |
| ARE40835097 | 1 | 8525404000 | J&B TRADING CO.,INC. | 10/21/2006 | 39300 | JP | 4701 | |
| ARE40835584 | 1 | 8525404000 | J&B TRADING CO.,INC. | 10/23/2006 | 5400 | JP | 4701 | |
| ARE40836673 | 1 | 8525404000 | J&B TRADING CO.,INC. | 10/26/2006 | 86600 | JP | 4701 | |

| ENTRY NBR | LINE NBR | HSUSA | CONSIGNEE | ENTRY DATE | VALUE | CTRY ORIGIN | PORT ENT | |
|---|---|---|---|---|---|---|---|---|
| Liquidated J&B Trading entries, HTSUS 8525.40.4000 (01/03/2006 - 10/30/2006): | | | | | | | | |
| ARE40837382 | 2 | 8525404000 | J&B TRADING CO.,INC. | 10/30/2006 | 74890 | JP | 4701 | |
| Total Value (J&B Trading entries, 8525.40.4000, filed 01/03/2006 - 10/30/2006) = | | | | | $3,906,048 | | | |
| | | | | | | | | |
| | | | | | | | | |
| Actual loss of revenue for suspected incorrect classification under 8525.40.4000 ($3,906,048 * 2.1%) = $82,027 | | | | | | | | |

[illegible]ECEIVED & FI[illegible]

[illegible] -2 [illegible]

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE [illegible]

IN ACCORDANCE WITH THE PROVISION
OF RULE 5(a), THIS PAPER IS DEEMED
FILED AS OF THE DATE OF MAILING
TO WIT 10-28-09